# Court of Appeals
# of the State of Georgia

ATLANTA,  January 30, 2018

*The Court of Appeals hereby passes the following order:*

**A18A0999. DENNIS WALLACE v. ALDERMAN MANAGEMENT, LLC et al.**

Dennis Wallace's motion to withdraw appeal is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/30/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*